

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-18-00132-CV

**IN THE INTEREST OF T.M.A. AND Y.C.A, CHILDREN,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01798
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

In this parental rights termination case, Appellant filed his notice of appeal on March 1, 2018. After this court granted Appellant's first motion for extension of time, the brief was due on May 1, 2018. On the extended due date, Appellant filed a second motion for a twenty-day extension of time to file the brief until May 21, 2018.

Appellant's motion is GRANTED. Appellant father's brief is due on May 21, 2018.

**NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

We remind appellate counsel and the State that the child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)); *see also* TEX. R. JUD. ADMIN. 6.2(a) (180 day disposition requirement).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court